Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WAYNE JOHNSON,<br><br>Defendant. | NO. 2:19-cr-00055-RSM<br><br><br><br>**PROTECTIVE ORDER** |

This matter having come before the Court on a Stipulated Motion for Entry of a Discovery Protective Order, the Court hereby enters the following:

**DISCOVERY PROTECTIVE ORDER**

**A.  Definitions**

As used in this Order, the term "Protected Information" means any date of birth, Social Security number, driver's license number, bank account number, credit card number, personal identification number, address, telephone number, name and/or location of employment, criminal history record, background check, immigration history/status, and/or any other similar information or number implicating a privacy interest and belonging to an individual, business, partnership, or corporation.

"Protected Information" also includes the name of any victim of the charged offenses or any non-defendant witness.

As used in this Order, the term "Protected Material" means any document or other record containing or reflecting Protected Information.

**B.  Procedures**

Possession of Protected Information and/or Protected Material is hereby limited to the attorneys of record in the above captioned case, their respective offices and staff, and

**Protective Order - 1**
*U.S. v. Johnson*
**2:19-cr-00055-RSM**

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

their investigators and agents. The attorneys of record and their investigators and agents may review Protected Information and/or Protected Material with the defendant. The defendant may visually inspect and review such documents but shall not be allowed to possess Protected Information (such as unredacted copies of Protected Material or notes, copies, or photographs of such Protected Material containing Protected Information). The Defendant may possess documents from which all Protected Information has been redacted.

The attorneys of record and their investigators and agents may review or discuss the contents of documents containing Protected Material with any prospective witness, as long as the attorneys of record and investigators and agents do not share the unredacted documents, or share any Protected Information of victims or witnesses, with any prospective witness.

If any Protected Information or Protected Material is filed in court or otherwise disseminated as part of litigation, the parties agree to redact such information prior to filing; unless, based on a party's application prior to filing, the Court finds that an unredacted filing is necessary and appropriate.

For redactions, numbers that constitute Protected Information shall be redacted to the last 2-4 digits and names shall be redacted to initials, or otherwise as needed to comply with applicable federal and local rules.

The attorneys of record and their investigators and agents shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above-captioned case.

All documents containing Protected Material shall be returned to the United States, or destroyed, once all charges are resolved by dismissal or by final conviction.

///

///

**Protective Order - 2**
*U.S. v. Johnson*
2:19-cr-00055-RSM

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order, or by other order of the Court.

DATED this 2nd day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Benjamin T. Diggs*
BENJAMIN T. DIGGS
Special Assistant United States Attorney

**Protective Order - 3**
*U.S. v. Johnson*
2:19-cr-00055-RSM