Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WAYNE JOHNSON<br><br>Defendant. | No. 2:19-cr-00055-RSM<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DEADLINE |

THIS COURT has considered the unopposed motion to continue trial date from May 20, 2019, to December 9, 2019 and also to continue the pretrial motion deadline to a date two months prior to trial in this matter and finds that:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses and gather evidence material to the defense; and

(b) A failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice; and

Order Granting Motion to Continue Trial &
Pretrial Motions Deadline
*US v. Bradley Wayne Johnson,* 2:19-cr-00055-RSM

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950

(c) The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial; and

(d) All these findings are made within the meaning of 18 USC §3161(h)(7)(A) and (B)(i) and (iv); and

(e) The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 USC §3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

The trial in this matter is continued to December 9, 2019. Pretrial motions are due no later than October 10, 2019.

DONE this 9th day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Granting Motion to Continue Trial &
Pretrial Motions Deadline
US v. Bradley Wayne Johnson, 2:19-cr-00055-RSM

HART JARVIS MURRAY CHANG
155 NE 100TH STREET SUITE 210
SEATTLE, WA 98125
TEL: 206-735-7474
FAX: 206-260-2950