The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRADLEY WAYNE JOHNSON,<br><br>Defendant. | NO. **2:19-cr-00055-RSM**<br><br>**ORDER TO SEAL** |

Having read the Defendant's Motion to Seal and due to the sensitive information of the health and personal records sought to remain under seal in Exhibits C to the Declaration in support of Mr. Johnson's Motion for Compassionate Release Pursuant To 18 U.S.C. 3582(C)(1), it is hereby ORDERED that the Defendant's Exhibit C, shall remain sealed.

DATED this 20th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Zachary W. Jarvis*
Zachary W. Jarvis
Attorney for Defendant Mr. JOHNSON

Order to Seal
*US v. Bradley Wayne Johnson, **2:19-cr-00055-RSM***
- 1

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474